GARY M. RESTAINO
United States Attorney
District of Arizona

AMANDA L. TESAREK
Minnesota State Bar No. 0402598
Email: Amanda.tesarek@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

FILED ___ LODGED
RECEIVED ___ COPY

AUG 0 6 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>Carbert Tsosie, Jr.,<br><br>　　　　　　　Defendant. | CR-24-8081-PCT-DJH (JZB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>　　　(Felon in Possession of a Firearm)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 924(d) and 981;<br>　　　21 U.S.C. §§ 853 and 881; and<br>　　　28 U.S.C. § 2461(c)<br>　　　(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about August 23, 2023, in the District of Arizona, Defendant CARBERT TSOSIE, JR., did possess, in and affecting interstate commerce, a Black Armalite Rifle Caliber Multi M15, Serial Number 15-004851B. Defendant knowingly possessed the firearm, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit: Driving Under the Influence of Alcohol and/or Drugs (With Priors), in Case Number 061500070, on May 12, 2006, a felony, in the Fifth District Court, Cedar City, Iron County, State of Utah, and Driving Under the Influence of Alcohol/Drugs, in Case Number 091700010, on April 20, 2009, a felony, in the Seventh District Court, Monticello, San Juan County, State of Utah.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable, including, but not limited to, the following property involved and used in the offense:

1. Black Armalite Rifle Caliber Multi M15, Serial Number 15-004851B.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

//

- 2 -

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  August 6, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
AMANDA L. TESAREK
Assistant U.S. Attorney